Opinion issued December 12, 2002 

 






 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01248-CV

____________


IN RE WILLIAM LESTER RICE, JR., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, William Lester Rice, Jr., requests that this Court remove his appointed
appellate counsel and allow him to proceed pro se in the appeal of his conviction in
cause number 857604, pending in this Court in cause number 01-02-00094-CR.

 The petition for writ of mandamus is denied.

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Taft, Alcala, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.